# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Date: 12/30/2025

Bankruptcy Case Number: 24 B 15381

Case Name: B.A.S.S. & M., Inc.

Notice of Appeal Filed: 12/29/2025

Appellant: Suzie Baba Wilson, Swedlana Dass

District Court Number: 

District Court Judge: 

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

- [x] Notice of Appeal
- [ ] Cross Appeal
- [x] D.C. Civil Coversheet
- [x] Transmittal Letter
- [ ] NOA Unpaid Fee Due
- [x] Copy of Docket Sheet
- [x] Judgment/Order Being Appealed
- [ ] Informa Pauperis

Additional Items Included

- [ ] 

Previous D C Judge _______________ Case Number _______________

By Deputy Clerk Aaron Bowles